JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE VILLEGAS CHAVEZ,<br><br>    Petitioner,<br><br> v.<br><br>MCKINNEY,<br><br>    Respondent. | Case No. 2:22-cv-04407-JWH (SK)<br><br>**JUDGMENT** |

  Pursuant to the Order Dismissing Habeas Petition for Lack of Jurisdiction,

  It is hereby **ORDERED, ADJUDGED,** and **DECREED** that this action is **DISMISSED without prejudice.**

  **IT IS SO ORDERED.**

DATED: January 6, 2023

_____
HON. JOHN W. HOLCOMB
U.S. DISTRICT JUDGE